UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CHARLES MCDONALD,**

    **Plaintiff,**

v.                                        CASE NO. 3:22-cv-117-HES-JBT

**WASTE PRO OF FLORIDA, INC.,**

    **Defendant.**

_____/

## O R D E R

The Magistrate Judge's Report and Recommendation (Dkt. 22) suggests the Joint Brief in Support of Approval of Offer of Judgment (Dkt. 21) be granted and final judgment be entered in Plaintiff's favor against Defendant for $650.00. No objections have been filed. After an independent review of the record, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 22) is **ADOPTED**;

2. The Parties' Joint Brief in Support of Approval of Offer of Judgment (Dkt. 21) is **GRANTED** and that final judgment be entered in Plaintiff's favor against Defendant in the amount of $650.00;

3. Plaintiff has fourteen days from the date Judgment is entered to

move for attorney's fees and costs; and

    4. The Clerk will terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 6 day of October, 2022.

                                                     HARVEY E. SCHLESINGER
                                                     UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Judge Joel B. Toomey
C. Ryan Morgan, Esq.
Paul M. Botros, Esq.
Amy S. Shay, Esq.
Matthew Justin Pearce, Esq.
Shruti Kadam, Esq.